IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAMERON XAVIER BAKER, SR.,

    Plaintiff,

  v.

                                                        Case No.  21-cv-399-jdp

LA CROSSE COUNTY JAIL,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

October 21, 2021
Date